# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUONG VI THI HO DANG, an individual,<br><br>                    Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>                    Defendants, | Case No.: **8:25-cv-00681-DFM**<br><br>*Hon. Magistrate Judge Douglas F. McCormick*<br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: September 18, 2025    By: _____
Hon. Douglas F. McCormick
United States Magistrate Judge